1

2

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL MARTINEZ,

11              Plaintiff,                    No. 2:10-cv-0090-JFM (PC)

12        vs.

13    CHRISTOPHER MILLS, et al.,

14              Defendants.

15    _____/          ORDER

16              Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17    U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18    § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.

19    § 636(b)(1).

20              Plaintiff has submitted a declaration that makes the showing required by 28

21    U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22              Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23    U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee

24    in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will

25    direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

26    and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1

1   payments of twenty percent of the preceding month's income credited to plaintiff's prison trust

2   account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court

3   each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

4   U.S.C. § 1915(b)(2).

5           The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

6   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

7   reasonable opportunity to prevail on the merits of this action.

8           In accordance with the above, IT IS HEREBY ORDERED that:

9           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

11  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

12  § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

13  Director of the California Department of Corrections and Rehabilitation filed concurrently

14  herewith.

15          3.  Service is appropriate for the following defendants:  Christopher Mills and

16  Brian Cole.

17          4.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

18  an instruction sheet and a copy of the complaint filed January 12, 2010.

19          5.  Within thirty days from the date of this order, plaintiff shall complete the

20  attached Notice of Submission of Documents and submit the following documents to the court:

21                  a.  The completed Notice of Submission of Documents;

22                  b.  One completed summons;

23                  c.  One completed USM-285 form for each defendant listed in number 3

24                  above; and

25                  d.  Three copies of the endorsed complaint filed January 12, 2010.

26  /////

2

6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 23, 2010.

UNITED STATES MAGISTRATE JUDGE

12
mart0090.1

3

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL MARTINEZ,

11          Plaintiff,                    No. 2:10-cv-0090-JFM (PC)

12      vs.

13   CHRISTOPHER MILLS, et al.,           NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____       completed summons form

19          _____       completed USM-285 forms

20          _____       copies of the _____
                                    Complaint

21   DATED:

22

23                                        _____
                                          Plaintiff
24

25

26