1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL MARTINEZ,
11          Plaintiff,                    No. 2:10-cv-0090 JFM (PC)
12      vs.
13  CHRISTOPHER MILLS, et al.,
14          Defendants.                   <u>ORDER</u>
15  _____/
16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to
17  42 U.S.C. § 1983.  This action is proceeding before the undersigned with the consent of the
18  parties pursuant to 28 U.S.C. § 636(c).  <u>See</u> Consents filed February 16, 2010 and June 17, 2010.
19          On February 4, 2011, defendants filed a motion for summary judgment pursuant
20  to Federal Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.
21          Local Rule 230(l) provides in part:  "Failure of the responding party to file written
22  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to
23  the granting of the motion . . . ."  On March 31, 2010, plaintiff was advised of the requirements
24  for filing an opposition to the motion and that failure to oppose such a motion may be deemed a
25  waiver of opposition to the motion.
26  /////

1    Local Rule 110 provides that failure to comply with the Local Rules "may be
2 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court." In the order filed March 31, 2010, plaintiff was advised that
4 failure to comply with the Local Rules might result in the dismissal of this action.
5    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
6 date of this order, plaintiff shall file an opposition, if any he has, to the motion for summary
7 judgment or a statement of non-opposition. Failure to comply with this order will
8 result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).
9 DATED: March 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
mart0090.46osc